UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **REGINALD TURNER** | : | **DOCKET NO. 5:22-CV-04974** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **AMERICAN SECURITY INSURANCE CO.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 19], noting the absence of objections thereto, and after an independent review of the record, including the file materials received from former counsel for plaintiff, which have been filed into the record under seal [doc. 24], and concurring with the Magistrate Judge's findings under applicable law, it is

**ORDERED** that the Report and Recommendation [doc. 19] is **ADOPTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

This civil action may be reinstated within 30 days for good cause shown, per W.D. La. Loc. Civ. R. 41.3. Any such showing to be made in writing and filed into the record of this matter.

**THUS DONE AND SIGNED** in Chambers this 8th day of September, 2023.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE